# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02215-REB-MJW

CANYON RESOURCES CORPORATION, a Delaware corporation, and
CR KENDALL CORPORATION, a Colorado corporation,

Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,
f/k/a THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, a
Connecticut corporation,

Defendant.

---

## ORDER GRANTING JOINT MOTION TO APPROVE STIPULATION TO MODIFY SCHEDULING ORDER (Docket No. 24)

---

This matter having come before the Court on Plaintiffs' and Defendant's Joint Motion to Approve Stipulation to Modify Scheduling Order ("Motion"), and the Court being advised in the premises of the Motion and finding good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED and the Scheduling Order will be modified to extend the deadline for expert designations and rebuttal expert designations to July 10, 2009 and August 10, 2009 respectively and the deadline for expert discovery to August 25, 2009.

BY THE COURT

_____ 6-3-09
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO