IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02215-REB-MJW

CANYON RESOURCES CORPORATION, a Delaware corporation, and
CR KENDALL CORPORATION, a Colorado corporation,

    Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,
f/k/a/ THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, a
Connecticut corporation,

    Defendant.

---

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND THE FACT DISCOVERY CUT-OFF
( Docket no 27 )

---

The matter is before the Court on the Parties' Joint Motion to Modify Scheduling Order to Extend the Fact Discovery Cut-Off. The Court having reviewed the file, and good cause appearing, the COURT GRANTS the Motion.

The cut-off for fact discovery is extended to August 14, 2009.

DMWEST #7162674 v3

Section 3 of the Scheduling Order is amended to provide the following revised Case Plan and Schedule:

### 3. CASE PLAN AND SCHEDULE

b. **Discovery Cut-off**

**August 14, 2009** (Fact Discovery)

August 25, 2009 (Expert and All Other Discovery)

c. **Dispositive Motion Deadline**

August 31, 2009

d. **Expert Witnesses**

July 10, 2009 (Initial expert designations)

August 10, 2009 (Rebuttal expert designations)

Dated: July 1, 2009

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO