IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02215-REB-MJW

CANYON RESOURCES CORPORATION, a Delaware corporation, and
CR KENDALL CORPORATION, a Colorado corporation,

    Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,
f/k/a/ THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, a
Connecticut corporation,

    Defendant.

---

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND THE FACT AND EXPERT DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINE ( Docket no. 31 )

The matter is before the Court on the Parties' Joint Motion to Modify Scheduling Order to Extend the Fact and Expert Discovery Cut-Off and Dispositive Motion Deadline. The Court having reviewed the file, and good cause appearing, the COURT GRANTS the Motion.

The deadline to conduct fact and expert discovery for the limited purpose of completing certain depositions is extended to September 14, 2009 and (2) the deadline for filing dispositive motions is extended to September 30, 2009.

DATED: August 17, 2009

                                                      MICHAEL J. WATANABE
                                                      U.S. MAGISTRATE JUDGE
                                                      DISTRICT OF COLORADO