# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  08-cv-02215-REB-MJW          FTR - Courtroom A-502

**Date:**   October 29, 2009                    Courtroom Deputy, Debra Brown

CANYON RESOURCES CORPORATION,          John Fognani
*a Delaware corporation, et al.,*                      Fritz Ganz

     Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY          Leslie Ann Eaton
OF AMERICA,
*a Connecticut corporation, f/n/a*
Travelers Indemnity Company of Illinois, The

     Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in Session:   9:05 a.m.**

Court calls case.  Appearances of counsel.

The proposed Final Pretrial Order is reviewed.

ORDERED:     Defendant's [41] Unopposed MOTION to Amend/Correct/Modify [40] Proposed Pretrial Order is GRANTED and the supplements will be included in the Final Pretrial order.

**ORDERED:**     The Final Pretrial Order is approved and shall be filed as amended on the record.

TRIAL:
Trial Preparation Conference is set for **January 08, 2010 at 9:30 a.m., in courtroom A701.** A ten (10) day **Jury Trial is set for January 25, 2010, through Thursday, January 28, 2010; Monday February 01, 2010, through Thursday, February 04, 2010; and Monday February 08, 2010, through Tuesday, February 09, 2010;** before District Judge Robert E. Blackburn.

**Court in Recess: 9:15 a.m.**
Total In-Court Time 0:10, hearing concluded
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.