**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02215-REB-MJW

CANYON RESOURCES CORPORATION, a Delaware corporation, and
CR KENDALL CORPORATION, a Colorado corporation,

    Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA, f/k/a THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS,

    Defendant.

## ORDER

**Blackburn, J.**

    This matter is before me *sua sponte*. Jury trial in this declaratory judgment action is set to commence on January 25, 2010. The court requires the parties' assistance in construing the pertinent terms of the relevant commercial general liability and umbrella policies in preparation for the presentation of the case to the jury.

    **THEREFORE, IT IS ORDERED** that plaintiffs collectively and defendant each **SHALL FILE** a brief, not to exceed fifteen (15) pages, construing the relevant terms of the policies by no later than Monday, January 18, 2010.

    Dated January 8, 2010, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge