IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-02215-REB-MJW

CANYON RESOURCES CORPORATION, a Delaware corporation, and
CR KENDALL CORPORATION, a Colorado corporation,

      Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,
f/k/a/ THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, a
Connecticut corporation,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO CORRECT DEFENDANT'S NAME

**Blackburn, J.**

      The matter is before the me is Having reviewed the motion and being fully advised of the premises, I find and conclude that the motion should be granted.

      THEREFORE, IT IS ORDERED as follows:

      1. That **Defendant's Unopposed Motion To Correct Defendant's Name** [#54], filed January 15, 2010, is **GRANTED**; and

      2. That the case caption is **AMENDED** to reflect that the defendant is The Travelers Property Casualty Company of America f/ka The Travelers Indemnity Company of Illinois.

      Dated January 15, 2010, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge